UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OSWALD URBAN NELSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:12-0795 |
| v. ) | Judge Sharp/Brown |
| ) | |
| LOIS DEBERRY SPECIAL NEEDS ) | |
| FACILITY, *et al.*, ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The Plaintiff has filed a motion to ask for correction of filing fee mistake (Docket Entry 12). The Magistrate Judge requested the Clerk's office to look at this matter and was provided a letter from Chief Deputy Clerk Vicki R. Kinkade dated August 20, 2013, which explains the Clerk's records concerning this matter. A copy of this letter is attached as **Exhibit A**.

As of August 20, 2013, Plaintiff owed $140.55 on case 3:12-CV-814. The present case 3:12-CV-0795 is shown as fully paid. The Plaintiff does not show by his 2012 payments this is incorrect.

The motion to ask for correction of a filing fee mistake is **DENIED** as it appears the fee is fully paid in this case.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge